# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*13*

In the matter of
a subpoena for deposition
issued in the case of

NATIONAL ABORTION FEDERATION )
et al.                        )
                              )
              Plaintiffs,     )       No. 04 mc 0019
                              )
        v.                    )
                              )
JOHN ASHCROFT,                )
                              )
              Defendant,      )
                              )
TENET HEALTHSYSTEM HAHNEMAN, )
LLC, D/B/A HAHNEMANN UNIVERSITY)
HOSPITAL,                     )
                              )
              Movant.         )

**FILED**
MAR 2 6 2004
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## O R D E R

AND NOW, this 26TH day of MARCH , 2004, upon consideration of the Motion to Quash of Tenet HealthSystem Hahnemann, LLC, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.  The subpoena issued to Tenet HealthSystem Hahnemann, LLC by defendant John Ashcroft on January 5, 2004 is hereby QUASHED. AN OPINION WILL FOLLOW

By The Court:

_____
                                        U.S.D.J.